UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GENWORTH LIFE AND
ANNUITY INSURANCE
COMPANY,

    Plaintiff,

v.                                    Case No.:  2:25-cv-194-SPC-KCD

LINDA TERESE GETTEMY,
KAREN ANN MIGLIOZZI,
LAUREN M. SCOTT, and CRAIG
M. NAKASHIAN,

    Defendants.
_____/

## OPINION AND ORDER

This is an interpleader action. (Doc. 1). Before the Court is Plaintiff Genworth Life and Annuity Insurance Company's Unopposed Motion for Interpleader Relief and Final Judgment of Discharge. (Doc. 53). All parties have been properly served or voluntarily dismissed, and Plaintiff deposited the funds at issue with the Court's registry. (Doc. 49). The parties agree that Plaintiff, as the stakeholder with no title or interest in the subject benefits, is due to be discharged from this action.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Genworth Life and Annuity Insurance Company is **DISMISSED with prejudice**.

2. Plaintiff is discharged from any liability pertaining to Policy No. 5,327,760.

3. This action shall be retained on the Court's docket for resolution of the claims to the funds deposited by Plaintiff and distribution thereof.

**DONE** and **ORDERED** in Fort Myers, Florida on August 29, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record