UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GENWORTH LIFE AND
ANNUITY INSURANCE
COMPANY,

    Plaintiff,

v.                                          Case No.:   2:25-cv-194-SPC-DNF

LINDA TERESE GETTEMY,
SHELLEY MARIA MCCARTY,
KAREN ANN MIGLIOZZI,
LAUREN M. SCOTT, and CRAIG
M. NAKASHIAN,

    Defendants.
_____/

## ORDER

This is an interpleader action involving the proceeds of a life-insurance policy. (Doc. 1). Plaintiff Genworth Life and Annuity Insurance Company deposited into the Court's registry the proceeds of the subject life-insurance policy in the amount of $264,846.87. (Doc. 49). Having completed its role, the Court dismissed Plaintiff. (Doc. 54). Defendants Shelley McCarty and Karen Ann Migliozzi disclaimed any interest in the life-insurance proceeds. (Docs. 29-1 and 34-1). McCarty was then voluntarily dismissed from this action (Docs. 30, 33). Plaintiff also voluntarily dismissed its claims against Migliozzi, but the crossclaims against her remained pending. (Doc. 35).

The only remaining interested parties are Linda Terese Gettemy, Lauren M. Scott, and Craig M. Nakashian.  These parties and Migliozzi attended mediation, resolved all claims, and executed a settlement agreement. (Doc. 57).  Now, they ask the Court for an order authorizing the disbursement of funds from the Court's registry.  (Doc. 58).  Because the parties have fully resolved their dispute, the Court grants the motion.

The funds in the Court's registry ($264,846.87), plus any accumulated interest and after deducting any applicable administrative fees, shall be distributed as follows:

1. Linda Terese Gettemy shall be paid **thirty-eight percent (38%)** of the funds.  The Clerk shall disburse these funds to her in the form of a check made payable to "Ewusiak Law, P.A. Trust Account," and mailed to:

   Joel Ewusiak
   Ewuskiak Law, P.A.
   10747 Ayrshire Drive
   Tampa, Florida, 33626.

2. Lauren M. Scott and Craug M. Nakashian shall be (jointly) paid the remaining **sixty-two percent (62%)** of the funds.  The Clerk shall disburse these funds to them in the form of a check made payable to "The Merriman Law Firm, P.L.L.C. Trust Account" and mailed to:

   Meredith A. Canter, Esq.
   The Merriman Law Firm, P.L.L.C.

>9200 Estero Park Commons Blvd., Suite 4
>Estero, Florida 33928.

One final issue. Linda Gettemy, Lauren Scott, Craig Nakashian, and Karen Migliozzi stipulate to dismissal of this action with prejudice. (Doc. 58). However, the stipulation of dismissal must be signed by "all parties who have appeared." *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Because Plaintiff appeared in this action but did not sign the stipulation, it is invalid.

However, the parties filed a notice of settlement. (Doc. 57). As such, this action is dismissed without prejudice. If no party files another paper per Local Rule 3.09(b) on or before October 22, 2025, then this dismissal will be with prejudice.

Accordingly, it is now

**ORDERED:**

1. Defendant Linda Gettemy, Lauren Scott, Craig Nakashian, and Karen Migliozzi's Joint Motion for Order of Interpleader Disbursement (Doc. 58) is **GRANTED**.

2. The Clerk is **DIRECTED** to distribute the funds in the Court's registry as outlined above.

3. This action is **DISMISSED without prejudice**. If no party files another paper per Local Rule 3.09(b) on or before **October 22, 2025**, then this dismissal will be with prejudice.

4. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 22, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record